UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

E&T SKYLINE CONSTRUCTION, LLC,

                      Plaintiff,                  19-CV-08069 (AT)(SN)

        -against-                           **ORDER**

TALISMAN CASUALTY INSURANCE COMPANY, LLC,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      By letter dated November 19, 2019, Defendant raised an argument that the Court lacks subject matter jurisdiction over this matter. ECF No. 22. On December 3, 2019, Plaintiff filed a letter response arguing that the Court does have subject matter jurisdiction. The parties submitted additional letters in February 2020, in support of their respective positions. See ECF Nos. 34-35.

      By no later than March 16, 2020, Defendant is directed to file a brief of no more than 10 pages stating its position with respect to whether the Court has subject matter jurisdiction over this matter. Plaintiff may file an opposition of no more than 10 pages by March 23, 2020. Defendant may file a Reply, if any, of no more than 5 pages by March 30, 2020. All other deadlines remain.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      March 2, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020