USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E & T SKYLINE CONSTRUCTION, LLC,

        Plaintiff,

-against-

TALISMAN CASUALTY INSURANCE COMPANY, LLC,

        Defendant.

19 Civ. 8069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for March 23, 2020 is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 18, 2020
      New York, New York

                                    ANALISA TORRES
                                United States District Judge