```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

E&T SKYLINE CONSTRUCTION, LLC,

                        **Plaintiff,**                        19-CV-08069 (AT)(SN)

     -against-                                        **ORDER**

TALISMAN CASUALTY INSURANCE COMPANY, LLC,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    For reasons stated on the record at today's telephonic discovery conference, Defendant's letter motion for an extension of time to complete fact discovery is GRANTED. All fact discovery shall close on July 24, 2020. With the exception of the deposition of a representative of non-party Morris Adjmi Architects PC, no additional fact discovery depositions will be allowed. Additionally, the Court will not grant any further extensions of time to complete fact discovery.

    Defendant's expert report will be due July 24, 2020. Plaintiff's rebuttal report shall be due August 14, 2020. All expert discovery shall close September 4, 2020.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     June 23, 2020
                 New York, New York