```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

E&T SKYLINE CONSTRUCTION, LLC,

                                 **Plaintiff,**                                19-CV-08069 (AT)(SN)

      -against-                                                **ORDER**

TALISMAN CASUALTY INSURANCE
COMPANY, LLC,

                                 **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to file a status letter by Friday, November 13, 2020, regarding whether either party intends to file a motion for summary judgment. The letter should also address whether the parties would like to schedule a settlement conference.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:       November 6, 2020
                New York, New York