UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

E&T SKYLINE CONSTRUCTION, LLC,

                             **Plaintiff,**                                              **19-CV-08069 (AT)(SN)**

                  -against-                                                      **ORDER**

TALISMAN CASUALTY INSURANCE
COMPANY, LLC,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has received status letters from the parties, which indicate the status of jurisdictional and other discovery, as well as the parties' intent to file for summary judgment.

        Pursuant to the Honorable Analisa Torres's September 30, 2020 Order, the parties have engaged in jurisdictional discovery. See ECF No. 83. The parties shall complete jurisdictional discovery, including Defendant's deposition, by December 28, 2020.

        Plaintiff shall file its motion for summary judgment by January 15, 2021. Defendant shall file its joint opposition to Plaintiff's motion and any cross-motion for summary judgment no later than February 15, 2021. Plaintiff shall file a joint reply in further support of its motions and in opposition to Defendants' cross-motion, if any, no later than March 17, 2021. Defendants shall file their reply in further support of their cross-motion, if any, no later than March 31, 2021. Unless otherwise ordered, parties should follow Judge Torres's individual rules of practice.

**SO ORDERED.**

                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:     November 18, 2020
                  New York, New York