```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

E&T SKYLINE CONSTRUCTION, LLC,

                          Plaintiff,                        19-CV-08069 (AT)(SN)

       -against-                              **ORDER**

TALISMAN CASUALTY INSURANCE
COMPANY, LLC, et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the parties April 4, 2022, letter to the Court, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      April 5, 2022
                  New York, New York