```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

E & T SKYLINE CONSTRUCTION, LLC,

         Plaintiff,

   -against-

TALISMAN CASUALTY INSURANCE
COMPANY, LLC,

         Defendant.

-------------------------------------------------------------------X

19-CV-08069 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

  A settlement conference is scheduled for Tuesday, August 2, 2022, at 10:00 a.m. Unless the parties jointly request an in-person conference, the conference will be held by phone. The parties should discuss this question and advise the Court no later than seven days before the conference. The Court will provide dial-in information in advance of the conference.

  The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, July 26, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                    _____
                    SARAH NETBURN
                    United States Magistrate Judge

Dated: May 9, 2022
     New York, New York