```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E & T SKYLINE CONSTRUCTION, LLC

        Plaintiff,

-against-

TALISMAN CASUALTY INSURANCE COMPANY, LLC,

        Defendant.

19 Civ. 8069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial has been scheduled in this matter to begin on **July 24, 2023**, and shall proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly,

1. By **May 1, 2023**, the parties shall submit any motions in limine. Oppositions to any motions in limine shall be submitted by **May 7, 2023**.

2. By **May 1, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pre-trial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Case. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **May 1, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **July 20, 2023**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

    SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge