**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
E & T SKYLINE CONSTRUCTION, LLC,

                Plaintiff,                              19 **CIVIL** 8069 (JSR)

         -against-                                  **JUDGMENT**

TALISMAN CASUALTY INSURANCE
COMPANY, LLC,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Finding of fact and conclusions of law dated November 06, 2023, the court concludes that Talisman is not liable, the Court does not address E & T's arguments about damages. The judgment is hereby entered in favor of Talisman Casualty Insurance Company, LLC; accordingly, the case is closed.

**Dated:**  New York, New York
           November 06, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                    **BY:** _____
                                                        **Deputy Clerk**